UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. (FLW)

v. Crim. No. 09-808

: SEALING ORDER

JOSE DELACRUZ :

This matter having come before the Court upon the application of the United States of America (Robert Frazer, Assistant U.S. Attorney, appearing), for an arrest warrant, and its concurrent application that the Indictment filed against the persons named in the warrant be filed under seal, and good cause having been shown,

IT IS, on this 26th day of October, 2009

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish their purpose, the Indictment and all other documents filed in this matter be and hereby are SEALED until the arrest warrant is executed or until further order of the Court.

_____
Hon.
United States Magistrate Judge